IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF LINCOLN, a Nebraska Political Subdivision, et al.,<br><br>            Defendants. | 7:10CV5001<br><br>SCHEDULING ORDER |

Upon review of the file,

**IT IS ORDERED** that counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall file their planning report with the court no later than July 1, 2010.

**DATED June 7, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**