IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LINCOLN, a Nebraska Political Subdivision; DOES 1-10, in their official and individual capacities; CITY OF NORTH PLATTE, a Nebraska Political Subdivision; and GREAT PLAINS REGIONAL MEDICAL CENTER, a Nebraska corporation,<br><br>        Defendants. | 7:10CV5001<br><br>ORDER |

Upon further review of the file,

**IT IS ORDERED:**

1. The separate planning reports filed by plaintiff and Great Plains Regional Center (Doc. 32) and County of Lincoln (Doc. 33) are stricken.

2. Counsel for all parties shall confer pursuant to Fed. R. Civ. P. 26(f) and shall file a **joint planning report** with the court no later than **July 1, 2010**, or show cause by written affidavit why they cannot submit a joint planning report.

**DATED June 15, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**