IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:10CV5001 |
| v. | ) ) | |
| COUNTY OF LINCOLN, a Nebraska Political Subdivision, and GREAT PLAINS REGIONAL MEDICAL CENTER, a Nebraska corporation, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion to withdraw filed by Michael Maddux as counsel of record on behalf of the plaintiff, (filing no. 197), is granted.

DATED this 12th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge