IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased;<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LINCOLN, a Nebraska Political Subdivision;  CITY OF NORTH PLATTE, a Nebraska Political Subdivision; GREAT PLAINS REGIONAL MEDICAL CENTER, a Nebraska corporation; and DOES 1-10, in their official and individual capacities;<br><br>　　　　　　Defendants. | 7:10CV5001<br><br>**AMENDED PROGRESSION ORDER** |

　　　　The parties have jointly moved to continue the pretrial conference and trial of this case.  The defendants have further moved to continue the expert witness disclosure deadlines; which plaintiff's counsel opposes.  After conferring with the parties,

　　　　IT IS ORDERED that the final progression order is amended as follows:

1)　　The jury trial of this case is set to commence before John M. Gerrard, United States District Judge,  in the Federal Building, North Platte, Nebraska, at 9:00 a.m. on **May 28, 2013**, or as soon thereafter as the case may be called, for a duration of six (6) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at commencement of trial.

2)　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 10, 2013** at **10:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on May 9, 2013.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s): December 21, 2012.
    Plaintiff(s)' rebuttal: January 18, 2013.

4) The deposition deadline is January 31, 2013.

5) The deadline for filing motions to dismiss and motions for summary judgment is February 11, 2013.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 11, 2013.

August 28, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge