IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased;<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF LINCOLN, a Nebraska Political Subdivision; CITY OF NORTH PLATTE, a Nebraska Political Subdivision; GREAT PLAINS REGIONAL MEDICAL CENTER, a Nebraska corporation; and DOES 1-10, in their official and individual capacities;<br><br>             Defendants. | 7:10CV5001<br><br>MEMORANDUM AND ORDER |

After conferring with the parties, an expedited briefing schedule is warranted on the plaintiff's anticipated motion to compel the deposition of Deb Weaver.  Accordingly,

IT IS ORDERED:

1)   The plaintiff's motion to compel the deposition of Deb Weaver shall be filed on or before January 14, 2013.

2)   The defendants' response shall be filed on or before January 21, 2013.

3)   Any reply shall be filed on or before January 23, 2013.

4)   The matter will be deemed fully submitted on January 24, 2013.

January 9, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge