IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARA HAWKINS, Personal Representative of the Estate of Phillip Hatcher, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LINCOLN, a Nebraska Political Subdivision;  CITY OF NORTH PLATTE, a Nebraska Political Subdivision;  GREAT PLAINS REGIONAL MEDICAL CENTER, a Nebraska corporation; and  DOES 1-10, in their official and individual capacities;<br><br>Defendants. | 7:10CV5001<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that the parties' Joint Stipulation to Extend Deadline for Motions to Dismiss and Summary Judgment, (Filing No. 220), is granted as follows:

1) The deadline for filing motions to dismiss and motions for summary judgment is extended from February 11, 2013, until February 28, 2013.

2) To facilitate receiving a ruling on any dispositive motions in advance of the May 28, 2013 trial date, the briefing schedule is hereby modified (See NEGenR 1.1(c)):

   a. Responses to any dispositive motion shall be filed within 18 calendar days after the motion was filed –without adding three days for mailing; and

   b. Any reply shall be filed within 5 calendar days after the response is filed— without adding three days for mailing.

This case has been pending for nearly three years.  No further continuances, including continuances of the briefing schedule set forth in this order, will be granted absent a **very substantial** showing of good cause.

January 31, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge